AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

KRISTINA LAFRANCE

APPEARANCE

CASE NUMBER: 1:07-MJ 76A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KRISTINA LAFRANCE

I certify that I am admitted to practice in this court.

7-23-07
*Date*

Robert B. Mann
*Signature*

Robert MANN — 0153
*Print Name* — *Bar Number*

610 TURKS HD PL.
*Address*

PROV — RI — 02903
*City* — *State* — *Zip Code*

351-5770 — 521-4305
*Phone Number* — *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.