PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI/HIDTA - Providence Police Department

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) — SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under — MAG. JUDGE CASE NO. 1:07MJ76A

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: Kristina LaFrance, aka Anna Ohoban

Addres

☐ I

REDACTED

Birth Date

n
able)

Socia

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHMENT. | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | ESTIMATED TRIAL DAYS: 5 | ☐ Felony ☐ Misdemeanor |

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - U.S. DISTRICT COURT

Defendant Kristina LaFrance, a/k/a Anna Ohoban

**Count I**: 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and (b)(1)(D) and 21 U.S.C. § 846 - Conspiracy to knowingly and intentionally distribute, and to possess with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and a mixture and substance containing a detectable amount of marihuana, a Schedule I Controlled Substance.

**PENALTIES**: 5 to 40 years imprisonment; $2,000,000 fine; at least 4 years supervised release; $100 mandatory special assessment.

**Count II**: 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2 - Knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

**PENALTIES**: 5 to 40 years imprisonment; $2,000,000 fine; at least 4 years to life supervised release; $100 mandatory special assessment.

**Count III**: §§ 841(a)(1), (b)(1)(D) and 18 U.S.C. § 2 - Knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marihuana, a Schedule I Controlled Substance.

**PENALTIES**: 5 years imprisonment; $250,000 fine; 2 years supervised release; $100 mandatory special assessment.