UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-106 |
| | ) | |
| KRISTINA LaFRANCE | ) | |

MOTION TO EXTEND TIME AND VACATE TRIAL ASSIGNMENT DATE

Now comes the defendant in the above entitled matter and moves as follows:

1) That the time for filing pretrial motions be extended to and through October 4, 2007;

2) That the time for responses/oppositions to any pretrial motions be extended to and through October 18, 2007;

3) That the trial date in this case be vacated and the matter be removed from the trial calendar;

Essentially, this motion seeks to extend the time to file pretrial motions by one month and then provides two weeks to file responses and objections. It further seeks to vacate the assignment of this matter to the trial calendar.

There are two primary reasons for this motion. First, the discovery from the government in this case has not yet been completed. Second, the defense is in the process of obtaining the defendant's mental health records to determine if it will seek to introduce expert evidence relating to the defendant's mental condition. The defendant is filing on the same date as this motion a notice pursuant to Federal Rule of Criminal Procedure 12.2 regarding the same. The defense would note that it has been actively seeking the mental health records of the defendant since about August 8, 2007.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount, but at least 30 days.

There has been previous delay related to the subject matter of this motion, which is excludable of an amount of at least 20 days, pursuant to the pretrial order in this case.

KRISTINA LaFRANCE
By his Attorney,

/s/Robert B. Mann
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 4th day of September, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-106 |
| | ) | |
| KRISTINA LaFRANCE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO EXTEND TIME AND VACATE TRIAL ASSIGNMENT DATE

For the reasons set forth in the motion, the defense requests the extension of time and vacation of the trial date.

KRISTINA LaFRANCE
By his Attorney,

/s/Robert B. Mann_____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 4th day of September, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net