UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-106 |
| | ) | |
| KRISTINA LaFRANCE | ) | |

# NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY OF A MENTAL CONDITION

Now comes the defendant pursuant to the pretrial order and Federal Rule of Criminal Procedure 12.2(b) and gives notice of the defendant's intent to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt.

As set forth in the motion to extend time and vacate the trial assignment date, the defense is in the process of obtaining the defendant's mental health records to determine if it will seek to introduce expert evidence relating to the defendant's mental condition. The defendant is filing this notice pursuant to Federal Rule of Criminal Procedure 12.2 to insure the same is filed in a timely manner.

KRISTINA LaFRANCE
By his Attorney,

/s/Robert B. Mann____________

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 4th day of September, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net