AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
SEP 10 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

KRISTINA LAFRANCE

**WARRANT FOR ARREST**

CASE NUMBER: CR07-106-02S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KRISTINA LAFRANCE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF PRETRIAL RELEASE

in violation of Title 18 United States Code, Section(s) 3154(5)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Noel
Signature of Issuing Officer

September 10, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at USMS | | |
| DATE RECEIVED 09/10/07 | NAME AND TITLE OF ARRESTING OFFICER Robert D Young DUSM | SIGNATURE OF ARRESTING OFFICER Robert D Young |
| DATE OF ARREST 09/17/07 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.