**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**October 16, 2007 Calendar Call**

**CRIMINAL CASES**

**CR07-05-01-S-LDA** **USA v. Eudy Antonio Tejada-Pichardo**
Conspiracy to Distribute Cocaine
**CR07-05-02-S-LDA** **USA v. Ricardo Mejia**
Conspiracy to Distribute Cocaine
**CR07-106-01-S-LDA** **USA v. Jesus Gonzalez**
Conspiracy to Distribute Cocaine
**CR07-106-02-S-LDA** **USA v. Kristina LaFrance**
Conspiracy to Distribute Cocaine
**CR07-117-S-DLM** **USA v. Oluwabusayo Ogundare**
Felon in Possession of a Firearm

**CIVIL CASES**

**CA06-400-S-DLM** **John Souza v. Tallman & Mack, Inc.**
Jones Act
**CA06-472-S-DLM** **Marc Baillargeon v. Lincoln Educational Services Corp, et al**
Civil Rights - Disabilities Act

**NOTICE**

You are hereby notified that the above-captioned cases are on the trial calendar commencing on October 30, 2007 to be tried in the order listed. The calendar will be called on **October 16, 2007** at **9:00 a.m.** Juries will be empaneled on October 30, 2007 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date: September 25, 2007

**Please notify Clerk's Office if any counsel of record have not been notified**.