UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-106 |
| | ) | |
| KRISTINA LaFRANCE | ) | |

MOTION TO CONTINUE SENTENCING AND EXTEND TIME TO FILE A MOTION FOR A SENTENCE OUTSIDE THE GUIDELINE RANGE

Now comes the defendant in the above entitled matter and moves:

1) That the sentencing be continued for sixty days;

2) That the time for filing a Motion for a Sentence Outside the Guideline Range be extended until 10 days prior to the new sentencing date;

There is no objection to this motion, which is filed after consultation with the Government.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense does not believe 18 U.S.C. §3161(h) is implicated by the filing of this motion.

KRISTINA LAFRANCE
By her Attorney,

/s/Robert B. Mann____________

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 11th day of January, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-106 |
| | ) | |
| KRISTINA LaFRANCE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO CONTINUE SENTENCING AND EXTEND TIME TO FILE A
MOTION FOR A SENTENCE OUTSIDE THE GUIDELINE RANGE

After consultation with the Government, the defendant is filing this motion to continue the sentencing. If the sentencing is continued, extending the time to file a motion for a sentence outside the guideline range to a point closer in time to the sentencing is logical.

KRISTINA LAFRANCE
By her Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 11th day of January, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net