IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 07-106-02S |
| | ) | |
| | ) | |
| KRISTINA LAFRANCE | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RELEASE

The Court should deny the defendant's motion because this is a mandatory detention case for which no exception to the general rule applies. See 18 U.S.C. 3143(a)(1). Section 3143(a)(1) provides, "[e]xcept as provided in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition . . . of sentence . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c)." 18 U.S.C. § 3143(a)(1). The defendant does not qualify for an exception to mandatory detention because this is not a case in which the attorney for the Government has recommended that no sentence of imprisonment be imposed. See 18 U.S.C. § 3143(a)(2). Furthermore, given the nature of the offense, the sentence faced by the defendant,[1] and

[1] The defendant, who appears to be safety-valve eligible, has a guideline range of 37-46 months imprisonment. If she is not eligible for safety-valve, she faces a statutory minimum sentence of 5 years imprisonment.

the fact that she had a positive urinalysis while on pretrial release, she cannot establish by clear and convincing evidence that she should be released. For the above-stated reasons, the government respectfully requests that the Court deny the defendant's motion for release.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

On April 9, 2008, I caused the within "Government's Response to Defendant's Motion for Release" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Robert B. Mann, Esquire
1 Turks Head Building, Suite 610
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov