# EXHIBIT A

# United States District Court

87629

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

JESUS GONZALEZ

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 07-106S

TO: Keeper of Records
Butler Hospital
345 Blackstone Blvd.
Providence, RI 02906

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Distrct Court<br>District of Rhode Island<br>Two Exchange Terrace<br>Providence, RI 02903 | Honorable William E. Smith<br>Courtroom 2 |
| | DATE AND TIME<br>April 21, 2008<br>9:30 A.M. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all medical records of Kristina LaFrance d/o/b 7/18/70.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (signature) | 3/27/08 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Mary S. McElroy, Assistant Federal Defender
10 Weybosset Street, Providence, RI 02903 (401) 528-4281