UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-106 |
| | ) | |
| KRISTINA LaFRANCE | ) | |

MOTION TO CONTINUE SENTENCING

Now comes the defendant in the above entitled matter and moves:

That the sentencing be continued for at least thirty days or to such a date as the Court determines. Said continuance is in the interest of justice, considering all the factors in this case.

There is no objection to this motion by the Government, which is filed after consultation with the Government.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense does not believe 18 U.S.C. §3161(h) is implicated by the filing of this motion.

KRISTINA LAFRANCE
By her Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 5th day of May, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-106 |
| | ) | |
| KRISTINA LaFRANCE | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO CONTINUE SENTENCING

After consultation with the Government, the defendant is filing this motion to continue the sentencing. The defense submits that granting the motion would be in the interests of justice.

KRISTINA LAFRANCE
By her Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 5th day of May, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net