# FIVE DAY DEMAND NOTICE FOR NON-PAYMENT OF RENT
## (R.I.G.L. 34-18-35)

DATE OF MAILING: 6.11.2007

TO: Jesus Gonzalez
(Tenant)

232 Broad St A II
(Address)

Providence, RI 02907

COPY

You are now more than fifteen (15) days in arrears for some or all of the rent owed under your rental agreement. State law requires that you be sent this notice of arrearage.

Unless you make payment of all rent in arrears within five (5) days of the date this notice was mailed to you, an eviction action may be instituted in court against you. You can prevent the eviction by paying all the [illegible] within five (5) days of the mailing of this notice.

If you believe you have a legal reason for not paying this rent, you will be able to present that defense at the eviction hearing. The rent in arrears as of the above date is $ [illegible]

[signature]
(SIGNATURE)

Darbo Enfreyeb
(Name & Address of Landlord/Owner)
30 Chapin Ave
Prov. RI

I certify that I placed in regular U.S. Mail, First Class postage prepaid, a copy of this notice addressed to the tenant on the 11th day of June 2007

[signature]
(Signature of Landlord/Owner)

* Seized from bag w/ Kilo press in trunk of Mercedes Benz.