UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 08-MJ-119M

EDWIN CRUZ-LOPEZ

**MOTION TO WITHDRAW**

Now comes the undersigned, court-appointed counsel for the Defendant Edwin Cruz-Lopez, and moves that this Honorable Court permit counsel to withdraw from further representation of Defendant in this case, for the reason that Attorney Jeffrey Pine has been retained to represent this Defendant.

EDWIN CRUZ-LOPEZ
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on August 25, 2008, I filed a copy of this Motion via e-filing, with a copy to AUSA Stephen Dambruch.

/s/ Judith Crowell, Esq.