UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 07-106-01S

JESUS GONZALEZ

**MOTION TO WITHDRAW**

Now comes the undersigned, court-appointed counsel for the Defendant Jesus Gonzalez, and moves that this Honorable Court permit counsel to withdraw from further representation of Defendant in this case, for the reason that Defendant wishes to proceed on his pro se motions and wishes to represent himself.

JESUS GONZALEZ
Defendant
By His Attorney,

/s/Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on August 27, 2008, I filed a copy of this Motion via e-filing, with a copy to AUSA Sandra Beckner.

/s/ Judith Crowell, Esq.